# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-9412-JST(CWx) | Date | August 30, 2010 |
|---|---|---|---|
| Title | DAVID AMEZCUA v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)  ORDER ON TRANSFER OF CASE TO JUDGE TUCKER**

   Pursuant to the Order of the Chief Judge, this matter has been reassigned for all further proceedings from the Hon. Stephen V. Wilson, to the calendar of Judge Josephine Staton Tucker, Ronald Reagan Federal Building & United States Courthouse, Courtroom 10A, 411 West Fourth Street, Santa Ana, California.  Substitution of the initials **JST** in place of the initials SVW is necessary on all subsequent filings to prevent problems with electronic filing or delays in processing of documents. The case number shall now read CV09-9412-JST(CWx).

   The Courtroom Deputy Clerk for Judge Tucker is Ellen Matheson, who can be reached at 714-338-4738.  Information regarding Judge Tucker's procedures may be found on the court's website at www.cacd.uscourts.gov > Judges' Procedures & Schedules.

   The parties and counsel's attention is directed to the Court's Initial Standing Order and Court's Order Setting Scheduling Conference filed concurrently with this Minute Order.

                                                                                                                    :
                                                            Initials of Preparer    enm